CA 25-1561

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Lionel M. Lavenue, Matthew C. Berntsen and Joseph M. Myles is granted.

Date: 1/13/26

_____
United States District Judge

FILED

JAN 13 2026

US DISTRICT COURT DISTRICT OF DELAWARE

3