IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re Ex Parte Application of BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT<br><br>　　Applicant,<br><br>for an Order Pursuant to 28 U.S.C. Section 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding. | C.A. No. 25-1561-JLH-LDH |

**MOTION FOR TELECONFERENCE TO RESOLVE
<u>DISCOVERY DISPUTES</u>**

Bayerische Motoren Werke Aktiengesellschaft ("BMW") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discover matters:

- BMW's motion to compel the production of documents and deposition testimony as called for by the subpoenas on Respondent Onesta IP, LLC authorized by the Court's Order at Dkt. 13.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s):

May 5, 2026

Delaware Counsel:　　Andrew Russell (BMW); Brian Farnan (Respondent)

Lead Counsel:　　Lionel Lavenue, Matthew Berntsen, David Faurie (BMW);

　　　　　　　　　　Daniel Pearson (Respondent)

BMW is available for a teleconference on the following dates:[1]

- May 25, 26, 27, 28, and 29, 2026;

- June 1, 2, and 3, 2026.

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building

OF COUNSEL:
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
(571) 203-2750

1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorney for Applicant Bayerische Motoren*
*Werke Aktiengesellschaft*

Matthew C. Berntsen
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
(617) 646-1618

Joseph M. Myles
David T. Faurie
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4372

Dated: May 11, 2026

---

[1] Counsel for the respondents declined to provide their availability for a teleconference, claiming that due to the nature of their objections to production, they would prefer full 20-page motion briefing. BMW believes that this dispute should be addressed under the Court's discovery dispute procedures, as is commonly done for disputes in § 1782 petitions. *See, e.g.*, *In re: JPMorgan Chase & Co.*, C.A. No. 24-573, D.I. 22 (D. Del. July 16, 2024) (ordering that "Petitioner shall file a Motion for Teleconference to Resolve Discovery Dispute" rather than a motion to compel to resolve a discovery dispute in a § 1782 action).