

May 11, 2026

**VIA E-FILING**
The Honorable Laura D. Hatcher
J. Caleb Boggs Federal Building
844 N. King Street
Unit 8, Room 2124
Wilmington, DE 19801-3555

> **Re:**   ***In Re: Application of Bayerische Motoren Werke Aktiengesellschaft***
> **C.A. No. 25-cv-1561-JLH-LDH**

Dear Judge Hatcher:

We write on behalf of Onesta IP LLC ("Onesta") in response to the unilateral submission by BMW today.  The parties have an argument today in the Eastern District of Pennsylvania on the same issues presented by BMW's subpoena here in the context of similar subpoenas issued by BMW to the owners of Onesta.   That proceeding will guide, if not answer, the issues before Your Honor.

In response to BMW's demand over the weekend for dates for a discovery hearing (we don't see this as issue that requires attention on a weekend but we complied), we informed BMW that we did not agree this 1782 action was governed by the Court's discovery dispute procedures.  We also informed BMW that we would further respond as soon as practicable noting the parties would be in Philadelphia today. *See* Exhibit A.  Nonetheless, BMW unilaterally filed a letter today seeking a discovery conference.

This 1782 action is not a simple discovery dispute.  It also involves a gating standing issue and judicial estoppel based on BMW's conduct in related matters.   We, therefore, respectfully submit that motion practice in this action should be governed by the local rules.

In a different 1782 action, BMW's Delaware Counsel's firm itself followed the local rules when seeking relief, which was endorsed by the Court.  *See  In Re Ex Parte Application of Fascine, et al.*, 25-490-RGA-EGT (D.I. 11).  Ironically, that motion was denied for failing to adequately meet and confer, which is the same circumstance here.

Given the nature of the action and the issues involved, we respectfully request that the Court order BMW to follow the local rules for any forthcoming motion.

We are available at the Court's convenience should Your Honor have any questions.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

</div>

cc: Counsel of Record (Via E-Filing)