# SHAW KELLER

## LLP

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

May 11, 2026

**BY CM/ECF**
The Honorable Laura D. Hatcher
J. Caleb Boggs Federal Building
844 N. King Street
Unit 8, Room 2124
Wilmington, DE 19801-3555

> Re:     *In Re: Application of Bayerische Motoren Werke Aktiengesellschaft*
>          C.A. No. 25-1561-JLH-LDH

Dear Judge Hatcher:

I write on behalf of Applicant Bayerische Motoren Werke Aktiengesellschaft ("BMW") to briefly correct the record on two points in response to the letter filed by Respondent Onesta IP LLC ("Onesta") at D.I. 15.

First, BMW notes that it did not issue a "demand over the weekend for dates for a discovery hearing." *Id.* As evidenced by Onesta's own exhibit, BMW requested availability early on Thursday, following the parties' meet-and-confer on Tuesday where both parties understood they were at an impasse and that BMW would bring this dispute to Court. D.I. 15-1 at 3. BMW also followed up on Friday and again over the weekend in an effort to obtain Onesta's availability before filing. *Id.* at 2-3.

Second, the parties specifically met and conferred regarding the sole dispute contained in BMW's letter and on Onesta's objections thereto, as noted in that same exhibit, and discussed on that call how to raise the dispute with the Court. D.I. 15-1 at 3 (writing on Wednesday May 6, 2026: "Thank you again for the meet and confer yesterday. I write to memorialize a few points."). Onesta's contention that the parties "fail[ed] to adequately meet and confer," D.I. 15 at 1, is unsupportable, and further meet-and-confers would not be productive given that the parties are at an impasse.

> Respectfully submitted,
>
> */s/ Andrew E. Russell*
>
> Andrew E. Russell (No. 5382)

cc:     Clerk of Court (by CM/ECF)
          All Counsel of Record (by CM/ECF & Email)