# Exhibit B

| | |
|---|---|
| **From:** | Berntsen, Matthew |
| **To:** | Daniel Pearson; Julie Seger; Onesta-BMW |
| **Cc:** | Lavenue, Lionel; BMW-OnestaIP; Andrew Russell; Brian Farnan |
| **Subject:** | Re: Onesta/BMW - Subpoenas for Service |
| **Date:** | Thursday, May 7, 2026 9:13:06 AM |
| **Attachments:** | image001.png |
| | shield-advisory.png |
| | chevron-light.png |
| | shield-advisory.png |
| | chevron-light.png |

Hi Daniel,

I write with a quick follow-up on two points:

First, to clarify the below and make sure it is consistent with our discussion on the meet and confer, BMW narrows the definition of "Patents-in-Suit" to no longer include the '209 patent <u>as the term is used in requests related to validity</u>. BMW still seeks information related to value of the '209.

Second, Judge Hatcher's discovery dispute procedure requires us to advise as to the parties' availability for a teleconference. Could you please provide at least four dates in the next few weeks that would work for your team?

Regards,

Matt

--

**Matthew C. Berntsen**, Partner (he/his)
Finnegan | Firm Bio | LinkedIn

---

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Wednesday, May 6, 2026 16:12
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Julie Seger <jseger@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>
**Subject:** Re: Onesta/BMW - Subpoenas for Service

Hi Daniel,

Thank you again for the meet and confer yesterday. I write to memorialize a few points.

First, I confirm that BMW withdraws RFPs 7 and 14 and narrows the definition of "Patents-in-Suit"

to no longer include the '209 patent. As we discussed, the '381 patent is the U.S. counterpart to the EP '920 at issue in Germany, and so the subject matter of both remains within the scope of that term.

Second, I confirm that, in an effort to minimize the burden of production on Onesta and its principals, Mr. Loo and Mr. Marino, who are subject to 1782 discovery in E.D.P.A., BMW will not require that any single document be produced more than once regardless of whether it is in the possession, custody, or control of more than one discovery target. If it is less burdensome for you not to deduplicate documents, that is acceptable a well.

Last, we discussed a few of the objections lodged by Onesta. With respect to Onesta's objections to requests for documents filed with courts or shared with third parties, and RFP 5 regarding unredacted German court filings in particular, Onesta was unable to identify any basis for its privilege objection yet declined to withdraw it. Moreover, when asked, you declined to state whether to date Onesta has undertaken any search in response to BMW's subpoenas.

Regards,
Matt

\-\-

**Matthew C. Berntsen**, Partner (he/his)
Finnegan | Firm Bio | LinkedIn

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Thursday, April 30, 2026 17:21
**To:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Julie Seger <jseger@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>
**Subject:** RE: Onesta/BMW - Subpoenas for Service

 External email ❯

Matt,

We are available at 11AM on Tuesday May 5.

Thanks,
Daniel

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Thursday, April 30, 2026 11:02 AM
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Julie Seger <jseger@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>
**Subject:** Re: Onesta/BMW - Subpoenas for Service

**Warning: Unusual sender** <matthew.berntsen@finnegan.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Hi Daniel,

Thank you for the email.

Tuesday is better for us - could you please let us know what your availability looks like on May 5?

Best,
Matt

--

**Matthew C. Berntsen**, Partner (he/his)
Finnegan | Firm Bio | LinkedIn

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Wednesday, April 29, 2026 17:48
**To:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Julie Seger <jseger@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>
**Subject:** RE: Onesta/BMW - Subpoenas for Service

Matt,

We are available on Monday, May 4 at 11AM Central, or have greater availability on Tuesday May 5th if that's more convenient.

Thanks,
Daniel

---

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Wednesday, April 29, 2026 2:58 PM
**To:** Julie Seger <jseger@caldwellcc.com>; Daniel Pearson <dpearson@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>
**Subject:** Re: Onesta/BMW - Subpoenas for Service

**Warning: Unusual sender** <matthew.berntsen@finnegan.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Counsel,

I'm following up regarding your availability for a meet-and-confer regarding Onesta's objections and responses. Please let us know when you can speak.

Regards,
Matt

--

**Matthew C. Berntsen**, Partner (he/his)
Finnegan | Firm Bio | LinkedIn

---

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Monday, April 27, 2026 14:15
**To:** Julie Seger <jseger@caldwellcc.com>; Daniel Pearson <dpearson@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Andrew Russell <arussell@shawkeller.com>
**Subject:** Re: Onesta/BMW - Subpoenas for Service

Counsel,

BMW disagrees with Onesta's position that the Delaware proceeding is moot and that BMW's subpoenas are unenforceable.

Please let us know your availability to meet and confer this week, including our respective local counsel, regarding Onesta's objections and responses and the appropriate next steps.

Regards,

Matt

---

**Matthew C. Berntsen**, Partner (he/his)
Finnegan | Firm Bio | LinkedIn

---

**From:** Julie Seger <jseger@caldwellcc.com>
**Sent:** Tuesday, April 21, 2026 16:33
**To:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Daniel Pearson <dpearson@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>
**Subject:** RE: Onesta/BMW - Subpoenas for Service

Counsel,

Please find attached for service Onesta's Objections and Responses to BMW's Topics of Examination (Nos. 1-12), and Onesta's Objections and Responses to BMW's Requests for Production (Nos. 1-16).

Kind regards,
Julie

Julie Seger /// Caldwell Cassady & Curry
Senior Paralegal
2121 N. Pearl Street, Suite 1200, Dallas, TX 75201
Direct: 214.888.4965 | Fax: 214.888.4849 | Mobile: 281.224.2268
jseger@caldwellcc.com
www.caldwellcc.com

---

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Tuesday, April 7, 2026 10:04 AM
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>
**Subject:** Onesta/BMW - Subpoenas for Service

**External sender** <matthew.berntsen@finnegan.com>
Make sure you trust this sender before taking any actions.

Counsel,

Please see the attached and confirm whether you accept service of the subpoenas directed to Onesta IP, LLC.

Also attached are third-party subpoenas on AMD Inc., which are out for service.

Best,
Matt

--

**Matthew C. Berntsen**
Partner | Firm Bio | LinkedIn
(he/his)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Seaport Lane, Sixth Floor, Boston, MA 02210-2001
p: 617.646.1618 | f: 617.646.1666 | matthew.berntsen@finnegan.com |
www.finnegan.com

FINNEGAN

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.