# Exhibit C

| | |
|---|---|
| **From:** | Lavenue, Lionel |
| **To:** | Daniel Pearson; Andrew Russell; Brian Farnan; Alyssa Libetti |
| **Cc:** | Myles, Joseph; Berntsen, Matthew; Onesta-BMW; BMW-OnestaIP |
| **Subject:** | C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft |
| **Date:** | Wednesday, May 20, 2026 2:12:34 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | shield-advisory.png |
| | chevron-light.png |

Hi Daniel,

On the subpoena to Onesta, upon further review, and to streamline the dispute, BMW AG narrows its Section 1782 discovery requests to Onesta IP, LLC as follows:

1. BMW AG narrows RFP 1 to seek only documents concerning the validity or invalidity of the U.S. '381 patent, which is a family member of EP '920.
2. BMW AG withdraws RFPs 8, 13, 15, and 16.

Regards,

Lionel

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Friday, May 15, 2026 4:18 AM
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>; Alyssa Libetti <alibetti@shawkeller.com>
**Cc:** Myles, Joseph <Joseph.Myles@finnegan.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>
**Subject:** RE: C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft

Hi Daniel,

We're reviewing the impact of the German court's value-in-dispute determination in view of the information the Court noted was missing from the record and will follow up on any impact that determination has on the scope of discovery shortly.  But, frankly, the fact that the German Court noted missing data on value-in-dispute determinations was missing is telling – and would highlight the need for the 1782s. Furthermore, at the same time, even if Onesta's updated covenant affects the nullity proceedings (which we dispute), the updated covenant does not mitigate the need for the value-in-dispute information.

Regards,

Lionel

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Wednesday, May 13, 2026 6:23 PM

**To:** Andrew Russell <arussell@shawkeller.com>; Brian Farnan <bfarnan@farnanlaw.com>; Alyssa Libetti <alibetti@shawkeller.com>
**Cc:** Myles, Joseph <Joseph.Myles@finnegan.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Lavenue, Lionel <lionel.lavenue@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>
**Subject:** RE: C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft

 External email 〉

Counsel,

Please let us know whether BMW intends to withdraw its subpoena to Onesta or otherwise modify the scope of the topics for which it seeks relief in view of the Munich court determining the value in dispute in the infringement actions this week as well as the redundant CNS regarding EP920 executed by Onesta and filed in the Philadelphia actions today.

Thanks,
Daniel

---

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Monday, May 11, 2026 8:39 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; Alyssa Libetti <alibetti@shawkeller.com>; Daniel Pearson <dpearson@caldwellcc.com>
**Subject:** Re: C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft

**Warning: Unusual sender** <arussell@shawkeller.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Thanks, here is ours.

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.
**From:** Brian Farnan <bfarnan@farnanlaw.com>

**Date:** Monday, May 11, 2026 at 1:27 PM

**To:** Alyssa Libetti <alibetti@shawkeller.com>; Daniel Pearson <dpearson@caldwellcc.com>

**Cc:** Andrew Russell <arussell@shawkeller.com>

**Subject:** RE: C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft

Here is our response.

Brian

**From:** Alyssa Libetti <alibetti@shawkeller.com>

**Sent:** Monday, May 11, 2026 11:56 AM

**To:** Brian Farnan <bfarnan@farnanlaw.com>; Daniel Pearson <dpearson@caldwellcc.com>

**Cc:** Andrew Russell <arussell@shawkeller.com>

**Subject:** C.A. No. 25-1561-JLH-LDH, Bayerische Motoren Werke Aktiengesellschaft

Good morning,

Please find attached the following document filed today in connection to the above-referenced matter:

 DI 14 - **MOTION for Teleconference to Resolve Discovery Disputes re [13] Order on Motion for Issuance of Letters Rogatory,,, - filed by Bayerische Motoren Werke Aktiengesellschaft**

 Thank you.

**Alyssa M. Libetti,** Litigation Paralegal **|** Shaw Keller llp
I.M. Pei Building **|**1105 North Market Street, 12th Floor **|** Wilmington, DE 19801
**P** 302.298.0707 **| F** 302.300.4026 **|** alibetti@shawkeller.com **|** www.shawkeller.com

NOTE:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed.  If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited.  If you have received this email in error, please delete it and immediately notify the person named above by reply email.  Thank you.