# Exhibit D

# PETERREINS SCHLEY

## PATENT- UND RECHTSANWÄLTE



Peterreins Schley · Hermann-Sack-Straße 3 · 80331 München

**Via beA**

Munich Regional Court I
– 21 Civil Chamber –
Prielmayerstraße 7
80335 Munich

Our reference: 51177-0004LL3

Dr Thomas Adam
adam@ps-patent.com

**Opponent receives copy pursuant to sec 195 ZPO**

Munich, 12 March 2026

**21 O 12768/25**

## WITHDRAWAL OF COMPLAINT

In the matter of

**Onesta IP, LLC**

v

**Bayerische Motoren Werke Aktiengesellschaft**

– Plaintiff –
(Peterreins Schley)

– Defendant –
(BARDEHLE PAGENBERG)

re: patent infringement (EP '920)

we hereby resume proceedings (sec. 250 of the German Code of Civil Procedure (ZPO)) and, with a view to an amicable agreement reached between plaintiff and the supplier of the processor chips that are installed in the attacked embodiments and on which the allegation of infringement is based, **withdraw the action**.

Concurrently, plaintiff irrevocably **waives** vis-à-vis defendant all conceivable substantive legal claims arising from the patent-in-suit.

*Electronically signed*

Dr Thomas Adam
Attorney-at-law

**Peterreins Schley**
Patent- und Rechtsanwälte PartG mbB

Hermann-Sack-Straße 3
80331 München
Deutschland

Tel: +49 (89) 8091338-00
Fax: +49 (89) 8091338-88
Mail: info@ps-patent.com

**www.ps-patent.com**

Amtsgericht München
Partnerschaftsregister 1940
VAT DE 299093094

Dr. Frank Peterreins [1,2,3,4]
Dr. Jan-Malte Schley [1,3,4]
Dr. Thomas Adam [1,2,5]
Felix Glöckler [1,3,4]
Markus Coehn [1,3,4]
Dr. Matthias Traut [1,3,4]
Patrick Wiedemann [1,3,4]
Dr. Marc Grunwald [1,2,5]
Dr. Simon Reuter [1,2]
Dr. Claudia Feller [1,2,*]
Constanze Wedding [1,2,*]
Jörg Kohlschmidt [1,3,4,*]
Stefan Kohl [1,3,4,*]
Lan Bi [1,4,*]
Dr. Dmitry Krimer [4,*]
Martin Obster [1,3,4,*]
Dr. Christoph Horst [1,3,4,*]
Jérôme van Betteraÿ [3,4,*]
Reinhard Kathan [3,4,*]
Maximilian Groß [1,2,*]
Dr. Maximilian Macha [3,*]
Maximilian Bernschneider [1,2,*]

[1] UPC Representative
[2] Rechtsanwalt
[3] Patentanwalt
[4] European Patent Attorney
[5] Fachanwalt für
  gewerblichen Rechtsschutz
* nicht Partner der Sozietät