# Exhibit G



DZJ - 20.03.2026 // 11

20.März 2026

Frist

WV

Geprüft: HMB  20.03.2026 // 12:26

BARDEHLE PAGENBERG - Prinzregentenplatz 7 - 81675 Munich

**Via beA**

Federal Patent Court Cincinnatistr. 64
81549 Munich

Munich, March 20, 2026

*Service from attorney to attorney pursuant to § 195 ZPO!*

**Our reference: N179376NI CKA/JH/Was/hmb Case number: 6 Ni 58/25 (EP)**

In the matter of

**NVIDIA GmbH**
**Bayerische Motoren Werke AG**

v.

**Onesta IP, LLC**

we are dismissing the action on behalf of the <u>first plaintiff, NVIDIA GmbH</u>. The defendant will not file any motions for costs.

In the parallel infringement proceedings, the Regional Court of Düsseldorf (4a O 25/25) has set the value in dispute at €1,000,000.00. It is suggested that this be taken into account in determining the value in dispute in this case.

Johannes Heselberger
Attorney at Law, European Patent Attorney

*This pleading has been electronically signed, § 130a(3) ZPO.*

**BARDEHLE PAGENBERG**

Johannes Heselberger
heselberger@bardehle.de

Prinzregentenplatz 7
81675 Munich
T +49.(0)89.928 05-0
F +49.(0)89.928 05-444
www.bardehle.com

BARDEHLE PAGENBERG
Partnership mbB Patent
Attorneys and Attorneys at Law
Munich Local Court Partnership
Register 1152
ISO 9001 certified

In cooperation with:

YUSARN AUDREY
www.yusarn.com, Singapore

| Germany | Attorneys<br>UPC Representatives ***<br>U.S. Attorney-at-Law ++ | | Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
|---|---|---|---|---|
| BARDEHLE PAGENBERG Partnership Patent and Law Attorneys Prinzregentenplatz 7 81675 Munichinfo@bardehle. de  VAT DE 129725745<br><br>List of Partners within the meaning of the PartGG: www.bardehle.com/ de/impressum<br><br>List of partners in accordance with the German Partnership Act (PartGG):www.bardehle.com/ imprint | Johannes Heselberger **/*** | Alexander von Mühlendahl | Johannes Lang */**/*** | Thomas Schäfer ** Maggie |
| | Claus M. Eckhartt | Karin Thanbichler-Brandl | Joachim Mader*/**/*** Tobias | Huang */**/*** Daniel Werner |
| | Tilman Müller-Stoy *** | Ronja Schregle *** | Kaufmann*/**/*** Georg | */**/*** |
| | Christof Karl */**/***/++ Philipe | Claudio Reineke Jan | Anetsberger*/**/*** Axel | Michael-Wolfgang Waschak ** |
| | Kutschke | Lersch | Berger*/**/*** | Marius Fischer */**/*** Michael |
| | Jan Bösing *** | Julia Bernatska *** | Patrick Heckeler*/**/*** | Horndasch*/**/*** Siho Chang |
| | Tobias Wuttke *** | Monika Harten *** | Niels A. Malkomes*/**/*** | **/*** |
| | Henning Hartwig | Carolin Thurner Saskia | Christian Haupt*/**/*** | Markus Ackermann*/**/*** |
| | Nadine Westermeyer *** Pascal | Mertsching *** Antje | Benjamin Ruckert*/**/*** | Maximilian Vieweg */** |
| | Böhner | Weise *** | Nikolaus Buchheim*/**/*** | Fabian Laude*/** |
| | Stefan Lieck *** Anna | Nobuchika Mamine *** Lisa | Johannes Möller */**/*** | Niels Gierse*/**/*** |
| | Giedke *** Dominik | Lilge | Alexander Wunsch*/**/*** | Ann-Kathrin Michel*/**/*** |
| | Woll *** Michael | Markus Morgenroth *** | Maria Kreller-Schober */**/*** | Max Link * |
| | Kobler *** Christine | Tomasz Klama | Ralf Heddergott*/**/*** | Jakob Scheffel */** |
| | Fluhme Kerstin Galler | Karin Bek | Sorel Stan*/**/*** | |
| | *** Martin Drews *** | Selina Opas | Preston Richard**/*** | |
| | | Henri Kirner | Henry Selby-Lowndes**/*** | |
| BARDEHLE PAGENBERG Partnership mbB Patent and Law Attorneys Breite Straße 27 40213 Düsseldorfinfo.duesseldorf@bardehle.de VAT DE 129725745 | | | Martin Hohgardt*/**/*** | |
| | | | Patrick Daum*/**/*** Philipp | |
| | | | Bovenkamp*/**/*** Sabrina | |
| | | | Hütt*/**/*** | |
| BARDEHLE PAGENBERG Partnership mbB Patent and Law Attorneys Bohnenstraße 4 20457 Hamburginfo.hamburg@bardehle.de VAT DE 129725745 | Volkmar Henke *** | Ann-Christine Hug *** | Sabine Kossak*/**/*** | |
| | Tilman Müller *** | Lisa Fleidl*** Max | Nico Karius*/** Saskia | |
| | Benedikt Dellen *** | Weiler *** | Jülich ** Thomas | |
| | Emely Rath *** | | Kotzott */** | |

| France | Lawyers<br>UPC Representatives *** | | French Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
|---|---|---|---|---|
| BARDEHLE PAGENBERG SELAS Attorneys at Law, Paris Bar SO Square Opéra 5 Boudreau Street 75009 Parisinfo@bardehle.fr VAT FR 71800645327 | Julien Fréneaux *** | Frédéric  Portal   *** | Lionel Vial*/**/*** | |
| | Dominique Dupuis-Latour | Céleste    Dufournier | | |
| | Rebecca Delorey | Chloé Nicolas | | |
| | Axel Munier *** Clément | | | |
| | Jaffray *** | | | |

| Spain | | | Spanish Patent Attorneys *<br>European Patent Attorneys ** UPC Representatives *** | |
|---|---|---|---|---|
| BARDEHLE PAGENBERG S.L. Avenida de Diagonal 598, 3rd Floor, Apartment 1, 08021 Barcelona info@bardehle.es VAT ES B 53486429 | | | Mathieu de Rooij */**/*** | Oscar Rubio Solis **/*** |
| | | | Henrik Skødt **/*** | |
| | | | Cristina Muñoz Menendez ** | |
| | | | David Soler Vilamitjana ** | |

Please review our General Terms and Conditions and the resumes of our attorneys at www.bardehle.com
Our offices operate legally independently from the offices in other countries and are not liable for them.